UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN JIMENEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD,<br><br>    Respondent. | Case No. 14-cv-00246-YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>(Dkts. 13, 14) |

Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **August 25, 2014**.

Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

This Order terminates Docket Nos. 13 and 14.

**IT IS SO ORDERED.**

Dated: July 28, 2014

                                                                           YVONNE GONZALEZ ROGERS
                                                                           United States District Judge

P:\PRO-SE\YGR\HC.14\Jiminez246.GrantEOToppMTD.docx