UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEBASTIAN JIMENEZ,

    Petitioner,

v.

JIM MACDONALD, Warden,

    Respondent.

Case No. 14-cv-00246-YGR (PR)

**ORDER DENYING MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL**

This matter came before the Court for consideration of Petitioner's *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition was dismissed as a successive petition pursuant to 28 U.S.C. § 2244(b). Petitioner has filed a motion for leave to proceed *in forma pauperis* ("IFP") on appeal. Dkt. 24. Because the appeal is not taken in good faith, Petitioner's request to proceed IFP on appeal is DENIED. *See* 28 U.S.C. § 1915(a)(3).

This Order terminates Docket No. 24.

IT IS SO ORDERED.

Dated: April 30, 2015

YVONNE GONZALEZ ROGERS
United States District Judge